Dennis E. Wagner, Esq., CA Bar No. 099190
WAGNER & PELAYES, LLP
1325 Spruce Street, Suite 200
Riverside, CA 92507
Telephone: (951) 686-4800
Fax: (951) 686-4801
dew@wagner-pelayes.com

**NOTE CHANGES MADE BY THE COURT**

Attorneys for Defendants COUNTY OF SAN BERNARDINO, GARY PENROD, SHEMAE BASINGER, DEPUTY DAVID SMITH and DEPUTY MICHAEL REGALADO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| GILBERT ESPINOZA, ESMERALDA ESPINOZA, for themselves and as Guardians ad litem for ARIONA BAHAMON, ALANA ESPINOZA, ISAIAH ESPINOZA AND JOSHUA ESPINOZA,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO, GARY PENROD, SHEMAE BASINGER, D. SMITH, M. REGALADO [DEPUTY], I.MARQUEZ and DOES 1 to 10 individually,<br><br>Defendants. | Case No. EDCV 07-0812 VAP(JCRx)<br><br>Modified<br>(~~PROPOSED~~) PROTECTIVE ORDER FOR DOCUMENTS PRODUCED ON REQUEST TO PRODUCE |

[Handwritten annotation: All terms and conditions set forth below are *expressly limited* to the discovery phase of this litigation, as the Magistrate Judge who has signed the Stipulation associated with this Protective Order has authority only over the discovery phase of the litigation. The terms and conditions set forth herein do **not** bind or limit the District Judge.]

IT IS HEREBY ORDERED by the Court, pursuant to this Stipulation as to [handwritten: what material is discoverable during the] by the Parties, that items and documents responsive to Plaintiff's [handwritten: pre-trial, trial, and post-trial phases of this litigation.]

1

(PROPOSED) PROTECTIVE ORDER FOR DOCUMENTS PRODUCED ON REQUEST TO PRODUCE

RSC:jg

Production Request, Sets Four and Five, and constituting documents regarding the administrative investigations, shall be disclosed to plaintiff's counsel, and other counsel in this case, under the following Protective Order, which shall be deemed responsive to the prior discovery requests of Plaintiff to Defendant County of San Bernardino:

1. All documents designated above are to be designated as "Confidential Material" and Bates stamped 67 through 86. Such designation shall be made by stamping or otherwise marking the material prior to use in this litigation, as follows: "Confidential Material which is subject to protective order". It is agreed that any only documents responsive to these requests which may be located subsequent to this Stipulation and which pertain to the administrative Investigation will be subject to this protective order. The documents may contain personal information including a person's social security number, confidential information regarding law enforcement investigation and procedure, and information regarding persons not parties to the present lawsuit which the County of San Bernardino seeks to protect from disclosure. Access to social security numbers potentially subject persons to identity theft and therefore, good cause exists for issuance of a Protective Order.

2. The "Confidential Material" shall be used solely in connection with this litigation in the preparation and trial of this case, and not for any other litigation. The parties shall comply with LR 79 5.4 requiring the redaction of personal identifying information from all documents filed with the court. Subject to the approval of the District Court, To the exent the material is used at trial, or filed with the court personal information shall be redacted. Safeguarding confidential information and prevention of possible identity theft are the factors that motivate the present Stipulation.

3. The "Confidential Material" may be disclosed only to the

following persons;

  a.) counsel and all parties to this action;

  b.) paralegal, stenographic, clerical, and secretarial personnel regularly employed by counsel referred to in (a);

  c.) court personnel, including stenographic reporters engaged in proceedings as are necessary incidental to preparation for the trial of this action;

  d.) any outside expert or consultant retained in connection with this action and not otherwise employed by either party;

  e.) any in-house expert designated by defendants to testify at trial in this matter;

  f.) witnesses herein may have the documents disclosed to them during deposition proceedings; these witnesses may not leave the deposition with copies of the documents, and shall be bound by the provisions of paragraph 4.

4. Each person to whom disclosure is made, with the exception of counsel, who are presumed to know of the contents of this protective order shall, prior to the time of disclosure, be provided by the person furnishing him or her such material, a copy of this order, and shall agree on the record or in the writing that he/she has read the protective order.

5. At the conclusion of the trial and of any appeal, or upon other termination of this litigation, all confidential material received in the provision of this order (including any copies made) shall be destroyed by each party and their attorneys. However the destruction of "Confidential Material" discussed in this paragraph shall not apply to any documents filed with the court, admitted as exhibits with the court, or marked for identification by the court.

6. The foregoing is without prejudice to the right of any party:

1     a.) To apply to the Court for a further protective order relating to any confidential material, or relating to discovery in this litigation; b.) to apply to the Court for an order removing the "Confidential Material" designation from the document; c.) to apply to the Court for an order compelling production of documents or modification of this order or for any order permitting disclosure of confidential material beyond the terms of this order.

7.     Any document filed with the Court that reveals confidential material shall be filed under sealed label with a cover sheet as follows: "This document is subject to a protective order issued by the Court and may not be copied or examined except in compliance with that order." Documents so labeled shall be kept by the Court under seal and shall be made available only to the Court or counsel.

8.     The documents provided herein shall be responsive to plaintiff's Request for Production, Sets Four and Five, Demands numbered 21, 22, and 25 and any request for any administrative investigation and shall be provided within 15 days of the date on the Court's signed Order.

Dated: June 30, 2008          WAGNER & PELAYES, LLP

                              /S/
                              _____
                              DENNIS E. WAGNER, Esq.
                              Attorney for Defendants COUNTY OF
                              SAN BERNARDINO, GARY PENROD,
                              SHEMAE BASINGER, DEPUTY DAVID
                              SMITH and DEPUTY MICHAEL
                              REGALADO

RSC:jg

| | | |
|---|---|---|
| 1 | Dated: June 24, 2008 | SCHLUETER & SCHLUETER |
| 2 | | |
| 3 | | /S/ |
| 4 | | PETER SCHLEUTER, Esq. |
| 5 | | Attorney for Plaintiffs, GILBERT ESPINOZA, ESMERALDA ESPINOZA, |
| 6 | | for themselves and as Guardians ad |
| 7 | | litem for ARIONA BAHAMON, ALANA ESPINOZA, ISAIAH ESPINOZA and |
| 8 | | JOSHUA ESPINOA |
| 9 | | |
| 10 | | |
| 11 | Dated: June 24, 2008 | LAW OFFICES OF DALE K. GALIPO |
| 12 | | |
| 13 | | /S/ |
| 14 | | DALE K. GALIPO, Esq. |
| 15 | | Co-Counsel for Plaintiffs |

IT IS SO ORDERED.

DATED: 7/7/08

UNITED STATES MAGISTRATE JUDGE

RSC:jg

# PROOF OF SERVICE

STATE OF CALIFORNIA ) ss:
COUNTY OF RIVERSIDE )

I, the undersigned, declare:

I am employed in the County of Riverside, State of California. I am over the age of 18 years and not a party to this action; my business address is 1325 Spruce Street, Suite 200 Riverside, California 92507.

On the date written below, I served the document named below on the parties indicated below, in the following manner:

☒ **(By Mail)** I am familiar with this office's practice for the collection and processing of documents for mailing with the United States Postal Service. The documents are deposited with the United States Postal Service on the same day in the ordinary course of business. I placed a true copy of the document thereof in a sealed envelope and caused said document(s) to be delivered in this manner.

☐ **(By Overnight Mail)** I am familiar with this office's practice for the collection and processing of documents for overnight mail. The documents are collected by the delivery service company on the same day in the ordinary course of business. I caused said document(s) to be delivered in this manner.

☐ **(By Facsimile)** I am familiar with this office's practice for the facsimile transmission of documents. I caused said document(s) to be sent to the facsimile numbers listed below and caused said machine to print a transmission record, a copy of which I have retained. The sending machine is (951) 686-4801.

**DOCUMENT:** (Proposed) Protective Order for Documents Produced on Request to Produce

**PARTIES SERVED: *SEE ATTACHED SERVICE LIST***

☒ **(FEDERAL)** I declare under penalty of perjury that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 1, 2008 at Riverside, California.

/S/

_____
ESMERALDA CAMACHO, Declarant

RSC:jg

6

(PROPOSED) PROTECTIVE ORDER FOR DOCUMENTS PRODUCED ON REQUEST TO PRODUCE

## SERVICE LIST

Jon R. Schlueter, Esq.
SCHLUETER & SCHLUETER
320 N. "E" Street, Suite 210
San Bernardino, CA 92401
Tel: (909) 381-4888
Fax: (909) 381-9238
*Attorneys for Plaintiffs*

Dale K. Galipo, Esq.
Law Offices of Dale K. Galipo
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

This document was created with Win2PDF available at http://www.win2pdf.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.
This page will not be added after purchasing Win2PDF.